THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| J.W., *et al.*, <br> *Plaintiffs*, <br><br> v. <br><br> JOHNSTON COUNTY <br> BOARD OF EDUCATION, <br> *et al.*, <br> *Defendants*. | 5:11-CV-707-D |

## ORDER

This matter is before the Court on Plaintiffs' motion (ECF 57) for an Order deeming their Corrected Memorandum and the exhibits filed as attachments thereto timely filed. For the reasons set out in the motion and in the Declaration of Technical Difficulties (ECF 49) filed October 22, 2013, the Court, in its discretion, concludes that the motion should be GRANTED. It is therefore ORDERED that Plaintiffs' Corrected Memorandum (ECF 51) and the exhibits filed as attachments to the Corrected Memorandum (ECF 51-1 through 51-28) shall be deemed timely filed.

SO ORDERED. This 31 day of January 2014.

JAMES C. DEVER III
Chief United States District Judge