IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-707-D

| | | |
|---|---|---|
| J.W., by and through his parent and guardian, and BRENDA NEWSOME, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | **ORDER** |
| THE JOHNSTON COUNTY BOARD OF EDUCATION, ED CROOM, in his individual and official capacities, and JENNIFER MOORE, in her individual and official capacities, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

On September 3, 2013, defendants Johnston County Board of Education, Ed Croom, and Jennifer Moore filed a motion to seal exhibits to defendants' motion for summary judgment. See [D.E. 41]. For good cause shown, defendants' motion [D.E. 41] is GRANTED. The exhibits to defendants' motion for summary judgment (which are at [D.E. 40]) shall remain under seal and shall not be available for public inspection until further order of the court.

On October 22, 2013, plaintiffs J.W. and Brenda Newsome filed a motion to seal their memorandum of law opposing defendants' motion for summary judgment and the exhibits attached to their memorandum of law. See [D.E. 52]. The request is overbroad. Plaintiffs' memorandum of law shall not be sealed. Rather, only the exhibits attached to plaintiffs' memorandum of law shall remain under seal. Thus, for good cause shown, plaintiffs' motion [D.E. 52] is GRANTED in part and DENIED in part. The exhibits to plaintiffs' response (which are at [D.E. 51]) shall remain under seal and shall not be available for public inspection until further order of the court. Plaintiffs'

memorandum of law in opposition to defendants' motion for summary judgment at (which is at [D.E. 51]) shall be unsealed.

SO ORDERED. This **22** day of April 2014.

*JAMES C. DEVER III*
JAMES C. DEVER III
Chief United States District Judge