AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| J.W., by and through his parent and guardian, and BRENDA NEWSOME,<br><br>        Plaintiffs,<br><br>   v.<br><br>THE JOHNSTON COUNTY BOARD OF EDUCATION, ED CROOM, in his individual and official capacities, and JENNIFER MOORE, in her individual and official capacities,<br><br>        Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:11-CV-707-D** |

**Decision by the Court.**

     IT IS ORDERED AND ADJUDGED that in accordance with the court's order entered on September 24, 2012, the court denies defendants' partial motion to dismiss the complaint as moot, and grants in part and denies in part defendants' partial motion to dismiss the amended complaint, and in accordance with the court's order entered on September 24, 2014, the court denies defendants' motion to strike, grants defendants' motion to seal, and grants defendants' motion for summary judgment.

     THE ABOVE JUDGMENT WAS ENTERED TODAY, **September 24, 2014**, AND A COPY MAILED TO:

Robert C. Ekstrand (via CM/ECF Notice of Electronic Filing)
Deborah R. Stagner (via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| September 24, 2014<br>Date | JULIE A. RICHARDS, Clerk<br>*Eastern District of North Carolina*<br><br>/s/ Susan W. Tripp<br>*(By) Deputy Clerk* |
| *New Bern, North Carolina* | |